UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:17-MJ-567-3 |
| | § | |
| PEDRO MANCIAS-HINOJOSA JR. | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is required because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The defendant's personal information has not been verified and the defendant does not have a suitable third-party custodian and he lacks a suitable release plan. The findings and conclusions contained in the Pretrial Services Report are adopted and the defendant is ordered detained pending trial. However, the order of detention is without prejudice. Counsel for defendant may move to re-open the detention hearing if the defendant's personal information is verified, provided the defendant presents a suitable release plan.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an

attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 8th day of June, 2017.

                                                            Jason B. Libby  
                                          United States Magistrate Judge